# TIFFANY & BOSCO
_P.A._

**Dated: August 03, 2009**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16996/0197991615

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jose Arturo Olivares and Janett Gay Olivares<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as<br>nominee for Wells Fargo Home Mortgage a<br>Division of Wells Fargo Bank NA<br>        Movant,<br>    vs.<br><br>Jose Arturo Olivares and Janett Gay Olivares,<br>Debtors, William E. Pierce, Trustee.<br><br>        Respondents. | No. 2:09-BK-14125-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 4, 2005 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Jose Arturo Olivares and Janett Gay Olivares have an interest in, further described as:

Lot 80, MOUNTAIN CLUB ESTATES NO. 2, according to the plat of record in Book 8 of Maps, page 13, records of Yavapai County, Arizona.

EXCEPTING THEREFROM all coal and other minerals as reserved in Patent to said land recorded in Book 140 of Deeds, pages 421-422.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT